M.D. Appeal Dkt.
143 MAP 2014

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 466 MAL 2014
:
     Respondent     :
:
              : Petition for Allowance of Appeal from the
              : Order of the Superior Court
     v.        :
:
:
:
JAMES LYNN HEFFERMAN,   :
:
     Petitioner     :

## ORDER

**PER CURIAM**

  **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)  Whether a police officer can knowingly violate the MPJA to investigate an alleged crime outside of their jurisdiction with only reasonable suspicion that a crime might have occurred inside their jurisdiction without coming into contact with Defendant at any time inside the officer's jurisdiction?

(2)  Whether the Superior Court erred as a matter of law by not applying the exclusionary rule?